IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| KIMBERLY D. COLLINS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 3:16cv692 |
| | ) |
| VIRGINIA STATE UNIVERSITY, *et al.* | ) |
| | ) |
| Defendants. | ) |

## CONSENT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff and the Defendants, by their counsel, hereby stipulate that this action is dismissed *without* prejudice.

DATED: February 13, 2017            Respectfully submitted,

| **KIMBERLY D. COLLINS** | **VIRGINIA STATE UNIVERSITY and GWENDOLYN THORNTON, Ph.D.** |
|---|---|
| By: /s/ <br> Richard F. Hawkins, III (VSB# 40666) <br> The Hawkins Law, PC <br> 2222 Monument Avenue <br> Richmond, VA 23220 <br> Telephone: (804) 308-3040 <br> Facsimile: (804) 308-3132 <br> rhawkins@thehawkinslawfirm.net <br><br> Counsel for Plaintiff | By: /s/ <br> Gregory Clayton Fleming (VSB#24819) <br> Office of the Attorney General (Richmond) <br> 202 North 9th Street <br> Richmond, VA 23219 <br> Telephone: (804) 786-5636 <br> Facsimile: (804) 371-2087 <br> Email: gfleming@oag.state.va.us <br><br> Counsel for Defendants |