IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



KIMBERLY D. COLLINS,

    Plaintiff,

v.                                   Civil Action No. 3:16cv692

VIRGINIA STATE UNIVERSITY,
et al.,

    Defendants.

**ORDER**

Having reviewed the CONSENT STIPULATION OF DISMISSAL (ECF No. 21) filed herein, and counsel for the parties having represented that they stipulate to the dismissal of this action with prejudice, it is hereby ORDERED that the MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT (ECF No. 17) is denied as moot. The Final Pretrial Conference scheduled for May 23, 2017 and the jury trial scheduled for June 26, 2017 are cancelled.

    It is so ORDERED.

                                                 /s/    REP
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: February 14, 2017